



## MEMORANDUM OPINION

No. 04-12-00620-CV

**ROOSTER PRODUCTS INTERNATIONAL, INC.**,
Appellant

v.

Kirk **BROWN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13465
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice
    Rebecca Simmons, Justice

Delivered and Filed: November 7, 2012

DISMISSED

The parties have filed a Joint Motion to Dismiss Appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM